UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF ARCO ELECTRICAL CONTRACTORS, INC. d/b/a ARCO CONSTRUCTION GROUP,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL FIDELITY INSURANCE COMPANY and REGIMENT CONSTRUCTION CORP.,<br><br>　　　　　　　　Defendants. | Case 2:22-cv-05026-WJM-ESK<br><br>**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the Complaint is hereby voluntarily dismissed with prejudice and without costs against either party.

| | |
|---|---|
| **HEDINGER & LAWLESS L.L.C.**<br>Attorneys for Defendants,<br>International Fidelity Insurance Company<br>and Regiment Construction Corp.<br><br>By: _/s/ David P. Lipari_<br>　　David P. Lipari (DL3880)<br>　　23 Vreeland Road, Suite 150<br>　　Florham Park, New Jersey 07932<br>　　(973) 301-9100<br>　　dlipari@hedlaw.com<br><br>Dated:　September 22, 2023 | **LAW OFFICE OF JOSEPH J. HOCKING LLC**<br>Attorneys for Plaintiff, United States of America for the use and benefit of ARCO Construction Group<br><br>By: _/s/ Joseph J. Hocking_<br>　　Joseph J. Hocking (JH2007)<br>　　3117 State Route 10<br>　　Denville, New Jersey 07834<br>　　(973) 771-5545<br>　　jjh@jhockinglaw.com<br><br>Dated:　9/21/23 |

6655/1085jh